Opinion filed February 22, 2007 














 
 
  
 
 







 
 
  
 
 




Opinion filed February 22, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00031-CR 

                                                    __________

 

                                      IN RE THE STATE OF TEXAS

 



 

                                                Original
Mandamus Proceeding

 



 

                                                                   O
P I N I O N

The
State of Texas
through the Midland County District Attorney has filed in this court a petition
for writ of mandamus.  The State
challenges the trial court=s order signed February 2, 2007, that
grants Yvonne Lozano=s Motion in Limine
No. 3 and allows Lozano the opportunity to offer into evidence in the
underlying proceedings certain court records from prior proceedings in which
the State asserted a position inconsistent with the position it is asserting in
her proceedings.  The State has not
established that a writ of mandamus is appropriate.  The petition is denied.

 

PER
CURIAM

 

February 22, 2007

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.